RUFUS THAMES, Respondent, v. RALPH P. LUND, Defendant, and AMERICAN HOSPITAL SUPPLY CORP., Appellant.— Appeal from an order denying motion by the defendant American Hospital Supply Corporation to set aside the service of a summons. The Special Term held upon the affidavits submitted that the defendant corporation was doing business within the State to such an extent as to bring it within the jurisdiction of the court. Order unanimously affirmed, with twenty-five dollars costs and disbursements. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

EDWARD I. VAN WOERT, as Administrator, etc., of MINNIE VAN WOERT, Deceased, Appellant, v. THE NATIONAL BANK OF COHOES and Others, Respondents.— Appeal from an order denying a motion (made on an order to show cause) for summary judgment for all or a part of the relief asked in the complaint (drawn as in a suit for equitable relief). The subject-matter is the ownership of moneys deposited in four bank accounts with the corporate defendant, the individual defendants being joined in the bank records with the intestate, as interested parties, one defendant in all the accounts, the other in one. Order denying motion for summary judgment unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

ESTHER MAIER, Respondent, v. GEORGE MAIER, Appellant.— Appeal from an order of the Special Term entered in the Rensselaer county clerk's office on September 10, 1941, denying defendant's motion to vacate an order of the Supreme Court rendered on December 27, 1937, which granted a separation from the defendant. The parties were married on September 21, 1929, at Pittsfield, Mass., after the defendant had been previously married. On January 14, 1927, he had been divorced by his previous wife and the judgment of divorce forbade him to remarry within the statutory period of three years. Defendant had obtained no permission for his marriage to plaintiff. A separation was granted to plaintiff on December 27, 1937, which provided for the payment of alimony. Defendant did not comply with its provisions and was, on March 28, 1941, adjudged in contempt of court for such failure. He then moved to vacate both the order adjudging him in contempt and the judgment of separation, which motion was denied. Order unanimously affirmed, with twenty-five dollars costs and disbursements. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.